## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS
## EASTERN DIVISION

LIVINGSTON BENNETT, on behalf of
herself and all others similarly situated,

                        Plaintiffs,

        v.

Corsair Memory, Inc.,

                     Defendant.

Civil Action No. 1:26-cv-01556

Hon. LaShonda A. Hunt

**NOTICE OF SETTLEMENT**

    **PLEASE TAKE NOTICE,** that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing confidential settlement terms and conditions and we anticipate filing a Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated:  May 21, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*