**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Livingston Bennett

                Plaintiff,

v.                                       Case No.: 1:26–cv–01556

                                       Honorable LaShonda A. Hunt

Corsair Memory, Inc.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, July 10, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: The parties did not file dismissal papers by 7/6/26 as ordered [15]. Accordingly, this action is dismissed without prejudice and with leave to reinstate by 8/10/26. If no such motion is filed by that date, the case will be deemed dismissed with prejudice without further order of the Court. All pending motions and deadlines are terminated as moot. Civil case terminated. Plaintiff is advised that any motion to reinstate this action must address the issue of Article III standing in Bennett v. Sweet Candy Company, No. 26 C 3391, 2026 WL 1905954 (N.D. Ill. July 2, 2026), where Judge Alonso dismissed a nearly identical generic complaint filed by the same plaintiff for lack of subject matter jurisdiction. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.